In the Matter of the Application of WALTER F. WELLMAN, an Attorney, for the Determination of an Attorney's Lien and for an Order of Substitution, Respondent, against CHARLOTTE LIPKIND, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

PAUL HIRSCHMAN, Respondent, v. HUDSON-ATHENS FERRY COMPANY, LTD., Appellant.— Motion granted, unless the appellant perfects its appeal by August 1, 1929, and is ready to argue case at the September order and general calendar term, in which event motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

WILLIS H. FRANK, Respondent, v. MARTIN B. EATON and Others, Appellants.— Motion granted, unless the appellants perfect their appeal by August 1, 1929, and are ready to argue case at the September order and general calendar term, in which event motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.